Michael L. Braunstein, Esq.
**THE BRAUNSTEIN LAW FIRM, PLLC**
3 Eberling Drive
New City, New York 10956
Telephone:     (845) 642-5062
E-mail: mbraunstein@braunsteinfirm.com

David C. Silver, Esq. (*pro hac vice forthcoming*)
Jason S. Miller, Esq. (*pro hac vice forthcoming*)
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

### Civil Action No. 1:19-cv-4074

CHRISTINE GRABLIS, individually;
and on behalf of All Others Similarly Situated;

     Plaintiff,

v.

ONECOIN LTD., a foreign corporation;
RUJA IGNATOVA, an individual; KONSTANTIN IGNATOV, an individual;
SEBASTIAN GREENWOOD, an individual; and MARK SCOTT, an individual;

     Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING
### CERTIFICATION OF REPRESENTATIVE PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

Plaintiff, CHRISTINE GRABLIS, an individual; by and through undersigned counsel, hereby serves notice of filing her Certification of Representative Plaintiff pursuant to federal securities laws.  A copy of the Certification is attached hereto.

Case No. 1:19-cv-4074

Respectfully submitted,

**THE BRAUNSTEIN LAW FIRM, PLLC**

By: _/s/ MICHAEL L. BRAUNSTEIN_
   Michael L. Braunstein, Esq.
   3 Eberling Drive
   New City, New York 10956
   Telephone:  (845) 642-5062
   E-mail: mbraunstein@braunsteinfirm.com

- and -

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000
DAVID C. SILVER (*pro hac vice forthcoming*)
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER (*pro hac vice forthcoming*)
E-mail: JMiller@SilverMillerLaw.com
*Counsel for Plaintiff and Putative Class*

Dated:   May 7, 2019

## CERTIFICATION OF REPRESENTATIVE PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Christine Grablis, as the named plaintiff in this matter (the "Lawsuit"), declare that:

1. I have reviewed the Complaint in the Lawsuit against OneCoin Ltd., *et al.*, alleging, *inter alia*, violations of federal securities laws; and I authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of my counsel or to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My investment holdings in the OneCoin Ltd. securities that are the subject of this action during the Class Period set forth in the Complaint are contained in the chart attached hereto as **Exhibit "A"**.

5. During the three year period preceding the date of this certification, I have not sought to serve as a representative party for a class action filed under the Securities Exchange Act of 1934 or the Securities Act of 1933.

6. I, either directly or indirectly, have not received, been promised, been offered, and will not accept, any form of compensation for service as a representative party on behalf of the class, except for: (*i*) such damages or other relief as the Court may award to me as my *pro rata* share of any recovery or judgment; (*ii*) such reasonable fees, costs, or other payments (including lost wages) as the Court expressly approves to be paid to me or on my behalf; or (*iii*) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenses incurred directly in connection with the prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __May 6, 2019__ in Murfreesboro, Tennessee.

*Christine Grablis* (signature)
Christine Grablis

# EXHIBIT "A"
# CHRISTINE GRABLIS
## ONECOIN LTD. INVESTMENT HISTORY

| Date(s) of Investment | Amount paid ($USD) |
|---|---|
| August 10, 2015 | $15,800.00 |
| August 21, 2015 | $14,920.00 |
| September 25, 2015 | $15,368.00 |
| November 25, 2015 | $3,780.00 |
| November 30, 2015 | $14,945.00 |
| January 7, 2016 | $1,740.00 |
| February 3, 2016 | $22,495.00 |
| June 17, 2016 | $1,943.00 |
| June 22, 2016 | $1,351.00 |
| June 23, 2016 | $1,360.00 |
| August 11, 2016 | $9,876.00 |
| **TOTAL** | **$103,578.00** |