

Wendy H. Schwartz
Binder & Schwartz LLP         (T) 212.510.7143
366 Madison Avenue  6th Floor  (F) 212.510.7299
New York, NY 10017            wschwartz@binderschwartz.com

June 25, 2019

**By ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    *Grablis v. Onecoin Ltd., et al.*, Case No. 19-04074 (VEC)

Dear Judge Caproni:

    We represent defendant Mark Scott in connection with the above-referenced litigation and are writing to respectfully request that the Court extend Mr. Scott's deadline to answer, move, or otherwise respond to the Complaint from June 25, 2019, to July 30, 2019.  We were retained by Mr. Scott today and need additional time to confer with our client and evaluate the case before responding to the Complaint.  We have not made a prior request for an extension of time.

    Plaintiff's counsel consents to an extension of time to July 5, 2019, but at this time does not consent to a further extension.  To date, no other defendants have appeared in the action.

    We thank the Court for considering this request.

                          Respectfully,

                          /s/ Wendy H. Schwartz
                          Wendy H. Schwartz

cc:    All counsel of record (via ECF)