UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE GRABLIS, individually; and on behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>ONECOIN LTD., a foreign corporation; RUJA IGNATOVA, an individual; KONSTANTIN IGNATOV, an individual; SEBASTIAN GREENWOOD, an individual; and MARK SCOTT, an individual;<br><br>Defendants, | Case No.: 1:19-cv-04074-VEC<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of Mark Scott.  The undersigned certifies that she is admitted to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to her at the address below.

Dated:      June 25, 2019
               New York, New York

                                       Respectfully submitted,

                                       BINDER & SCHWARTZ LLP

                        By:  <u>/s/ Lindsay A. Bush</u>
                               Lindsay A. Bush
                               Binder & Schwartz LLP
                               366 Madison Avenue, 6th Floor
                               New York, NY 10017
                               Telephone:   212-933-4557
                               Facsimile:    212-510-7299
                               lbush@binderschwartz.com

                               *Attorney for Mark Scott*