| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/26/2019 |

-------------------------------------------------------------X
CHRISTINE GRABLIS, individually and on
behalf of all others similarly situated,

                               Plaintiff,

                     -against-

ONECOIN LTD; RUJA IGNATOVA;
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; and MARK SCOTT,

                             Defendants.
-------------------------------------------------------------X

19-CV-4074 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant Mark Scott has requested an extension of time to answer, move, or otherwise respond to the complaint from June 25 to July 30, 2019, *see* Dkt. 17;

      WHEREAS a lead plaintiff—who, if not Plaintiff Grablis, may elect to file an Amended Complaint—has yet to be appointed;

      WHEREAS under 15 U.S.C § 78u-4(a)(3)(B)(i), the Court must resolve any motions for appointment as lead plaintiff no later than August 27, 2019 (subject to the date on which Plaintiff published the notice required by 15 U.S.C § 78u-4(a)(3)(A)(i)),

      IT IS HEREBY ORDERED that the time for all Defendants to answer, move, or otherwise respond is stayed until (1) lead plaintiff/s are appointed and (2) either (a) an Amended Complaint is filed or (b) the time for filing such an Amended Complaint has expired. Absent further order of this Court, after both of the above conditions are satisfied, Defendants' time to answer, move, or otherwise respond will be governed by Fed. R. Civ. P. 12.

      The Clerk is respectfully directed to terminate the open motion at Dkt. 17.

**SO ORDERED.**

_____

**Date:  June 26, 2019**                                                      **VALERIE CAPRONI**
      **New York, New York**                                   **United States District Judge**