UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>ONECOIN LTD., a foreign corporation; RUJA IGNATOVA, an individual; KONSTANTIN IGNATOV, an individual; SEBASTIAN GREENWOOD, an individual; and MARK SCOTT, an individual;<br><br>            Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**DECLARATION OF WILLIAM J. FIELDS IN SUPPORT OF PLAINTIFF CHRISTINE GRABLIS AND CO-MOVANT DONALD BERDEAUX FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, William J. Fields, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am an associate with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Plaintiff CHRISTINE GRABLIS and Co-Movant DONALD BERDEAUX ("GRABLIS and BERDEAUX"), and a member in good standing for the bar of the State of New York. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I respectfully submit this Declaration, together with the attached exhibits, in support of GRABLIS and BERDEAUX's motion for appointment as lead plaintiffs and approval of their selection of Silver Miller and Levi & Korsinsky as Lead Counsel for the Class.

3.  Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:   A true and correct copy of the PSLRA Certification signed by Plaintiff GRABLIS attesting to her investment holdings in the OneCoin Ltd.

1

                securities that are the subject of this action during the Class Period set forth in the Complaint;

Exhibit 2:    A true and correct copy of the PSLRA Certification signed by Co-Movant BERDEAUX attesting to his investment holdings in the OneCoin Ltd. securities that are the subject of this action during the Class Period set forth in the Complaint

Exhibit 3:    A true and correct copy of GRABLIS and BERDEAUX's Joint Declaration in support of their Motion for Appointment as Lead Plaintiffs and Approval of Selection of Counsel.

Exhibit 4:    A true and correct copy of the press release originally published on May 7, 2019 on *PR Newswire* announcing the pendency of the above-captioned lawsuit.

Exhibit 5:    A true and correct copy of the law firm resume of Silver Miller.

Exhibit 6:    A true and correct copy of the law firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: July 8, 2019                              Respectfully Submitted,

                                                      **LEVI & KORSINSKY, LLP**

                                                      By: /s/ *William J. Fields*
                                                      William J. Fields (5054952)
                                                      55 Broadway, 10th Floor
                                                      New York, NY 10006
                                                      Tel: (212) 363-7500
                                                      Fax: (212) 363-7171
                                                      Email: wfields@zlk.com