UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTINE GRABLIS, individually and on
behalf of all others similarly situated,

                            Plaintiff,

                    -against-

ONECOIN LTD; RUJA IGNATOVA;
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; and MARK SCOTT,

                         Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2019

19-CV-4074 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 8, 2019, Plaintiff Christine Grablis and Movant Donald Berdeaux filed a joint motion to be appointed as lead plaintiffs and for approval of their selection of co-lead counsel, *see* Dkts. 21-23;

      WHEREAS none of the documents submitted in support of the motion indicates the losses Movant Berdeaux purports to have suffered as a result of Defendants' alleged misconduct, *see* Dkt. 21 ex. 1 (Mem. in Supp. of Mot.) at 2 (specifying that Plaintiff Grablis suffered an "out-of-pocket investment loss" of approximately $130,000 but stating only that Movant Berdeaux suffered unspecified "financial harm"); Dkt. 22 ex. 3 (chart of Movant Berdeaux's investment history with no indication of net losses or gains),

      IT IS HEREBY ORDERED that no later than **5:00 P.M. on July 10, 2019**, Movant Berdeaux must submit an affidavit, signed either by him or by his attorney, specifying and explaining the approximate amount of the losses he allegedly suffered, if any, as a result of Defendants' alleged misconduct.

**SO ORDERED.**

**Date:  July 9, 2019**
       **New York, New York**

                                                                            **VALERIE CAPRONI**
                                                                            **United States District Judge**