# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:19-cv-04074-VEC

CHRISTINE GRABLIS, individually,
and on behalf of All Others Similarly Situated;

    Plaintiff,

v.

ONECOIN LTD., a foreign corporation;
RUJA IGNATOVA, an individual; KONSTANTIN IGNATOV, an individual;
SEBASTIAN GREENWOOD, an individual; and MARK SCOTT, an individual;

    Defendants.

## DECLARATION OF DONALD BERDEAUX

I, DONALD BERDEAUX, pursuant to 28 U.S.C. § 1746, declare as follows:

1. On July 8, 2019, my counsel filed in the above-referenced action a "Certification of Representative Plaintiff pursuant to Federal Securities Laws," setting forth my investment holdings in the OneCoin Ltd. securities that are the subject of this action during the Class Period set forth in the Complaint.

2. I have received no return on my investments in the OneCoin Ltd. securities.

3. As a result of Defendants' misconduct as alleged in the Complaint in this action, I presently calculate my economic losses to be in the approximate principal sum of Seven Hundred Fifty-Five Thousand Nine Hundred Eighteen Dollars and Ninety-Two Cents ($755,918.92).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 10, 2019 in Great Falls, Montana.

                                                                  DONALD BERDEAUX