| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>DONALD BERDEAUX and CHRISTINE<br>GRABLIS, individually and on behalf of all<br>others similarly situated,<br><br>                               Plaintiff,<br><br>              -against-<br><br>ONECOIN LTD; RUJA IGNATOVA;<br>KONSTANTIN IGNATOV; SEBASTIAN<br>GREENWOOD; and MARK SCOTT,<br><br>                              Defendants.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  7/22/2019<br><br>19-CV-4074 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 11, 2019, the Court appointed Donald Berdeaux as Lead Plaintiff of this action under 15 U.S.C § 78u-4(a)(3)(B)(i) and (iii) and ordered him to file a motion for the approval of Lead Counsel under 15 U.S.C § 78u-4(a)(3)(B)(v) no later than July 19, 2019, *see* Dkts. 29; and

WHEREAS, as of the date of this order, no such motion has been filed,

IT IS HEREBY ORDERED that no later than **July 26, 2019**, Lead Plaintiff Berdeaux must show cause why this case should not be dismissed for failure to prosecute because, having moved the Court to be appointed Lead Plaintiff on the assurance that, among other things, he would "supervise counsel and actively oversee the prosecution of the action for the benefit of the [putative] Class by, among other things, reviewing pleadings, instructing counsel and/or attending hearings, as necessary," Dkt. 22 ex. 3 ¶ 9, he has nonetheless failed to comply with a court-ordered deadline for fulfilling an essential preliminary step—the appointment of lead counsel—in this litigation.

**SO ORDERED.**

Date:  **July 22, 2019**
        **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**