IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; and MARK SCOTT,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**LEAD PLAINTIFF DONALD BERDEAUX'S
RESPONSE TO ORDER TO SHOW CAUSE**

　　　Lead Plaintiff Donald Berdeaux ("Berdeaux") submits this in response to the Court's July 22, 2019 order to show cause. Lead Plaintiff Berdeaux respectfully requests that the Court not dismiss this action. As alleged in the complaint, this case involves the alleged fraudulent and unlawful promotion and sale of unregistered securities to the public. Specifically, this case involves Defendants' alleged promotion and sale of a cryptocurrency that never really existed but that they still nevertheless sold to investors worldwide via a multi-level-marketing scheme that ultimately amassed a reported four billion dollars in revenues. Dismissing the action at this point would allow the alleged fraud to go uncorrected and unresolved to the detriment of thousands of those injured by Defendants' actions.

　　　Lead Plaintiff Berdeaux was one of these investors harmed by Defendants, losing over $750,000 due to Defendants' alleged fraud. Because of the harm he and others suffered as the hands of Defendants, Lead Plaintiff Berdeaux has been actively involved in this action and

1

challenging the alleged fraud at issue in this case. He has worked diligently with counsel to seek a remedy for himself and other investors. He has also been responsive as necessary in prosecuting this action. For example, following the Court's July 10, 2019 order directing him to submit an affidavit by 5:00 P.M. on July 10, 2019, Lead Plaintiff Berdeaux worked diligently with counsel to ensure that he filed by the filing deadline.

In addition, Lead Plaintiff Berdeaux had prepared to file the appropriate papers on Friday, July 19, 2019, as directed by the Court. In fact, Lead Plaintiff Berdeaux had prepared final versions of the papers on Wednesday, July 17, 2019, but elected to hold off filing until Friday, July 19, 2019, in case additional edits were necessary. Unfortunately, the calendar reminder for the filing deadline of Friday, July 19, 2019, was improperly set. Upon learning of the issue, Lead Plaintiff Berdeaux pressed to file the appropriate papers as soon as possible. To that end, Lead Plaintiff is filing his Motion for Approval of Selection of Co-Lead Counsel Under 15 U.S.C. § 78u-4(a)(3)(b)(v) and supporting papers simultaneously with this response.

Accordingly, Lead Plaintiff Berdeaux respectfully requests that this Court: (i) decline to dismiss this action; (ii) approve Berdeaux's selection of Silver Miller and Levi & Korsinsky, LLP as Co-Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and (iii) grant such other and further relief as the Court may deem just and proper.

Dated: July 22, 2019

Respectfully Submitted

**LEVI & KORSINSKY, LLP**

By: _____
William J. Fields (5054952)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
E-mail: wfields@zlk.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright (*pro hac vice* forthcoming)
John A. Carriel (*pro hac vice* forthcoming)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
E-mail: denright@zlk.com
E-mail: jcarriel@zlk.com

**SILVER MILLER**
David C. Silver (*pro hac vice* forthcoming)
Jason S. Miller (*pro hac vice* forthcoming)
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-Mail: JMiller@SilverMillerLaw.com

*Attorneys for Lead Plaintiff Donald Berdeaux and [Proposed] Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court of this 22nd day of July 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **WENDY SCHWARTZ, ESQ. and LINDSAY A. BUSH, ESQ.**, Binder & Schwartz LLP, *Counsel for Defendant Mark Scott*, 366 Madison Avenue - 6th Floor, New York, NY 10017; E-mail: WSchwartz@BinderSchwartz.com; LBush@BinderSchwartz.com.

William J. Fields