IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; and MARK SCOTT,<br><br>                       Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

### NOTICE OF MOTION OF LEAD PLAINTIFF DONALD BERDEAUX FOR APPROVAL OF CO-LEAD COUNSEL UNDER 15 U.S.C. § 78u-4(a)(3)(B)(v)

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that court-appointed Lead Plaintiff Donald Berdeaux ("Berdeaux"), by and through his undersigned counsel and pursuant to this Court's July 11, 2019 Order, shall move before this Honorable Court for entry of an Order: (i) approving Berdeaux's selection of Silver Miller and Levi & Korsinsky, LLP ("Levi & Korsinsky") as Co-Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and (ii) granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Lead Plaintiff Berdeaux shall rely on the enclosed memorandum of law.

A proposed form of Order is submitted herewith for the Court's convenience.

*[Signature on Following Page]*

Dated: July 22, 2019

Respectfully Submitted

**LEVI & KORSINSKY, LLP**

By: _____
William J. Fields (5054952)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
E-mail: wfields@zlk.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright (*pro hac vice* forthcoming)
John A. Carriel (*pro hac vice* forthcoming)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
E-mail: denright@zlk.com
E-mail: jcarriel@zlk.com

**SILVER MILLER**
David C. Silver (*pro hac vice* forthcoming)
Jason S. Miller (*pro hac vice* forthcoming)
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-Mail: JMiller@SilverMillerLaw.com

*Attorneys for Lead Plaintiff Donald Berdeaux and [Proposed] Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court of this 22nd day of July 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **WENDY SCHWARTZ, ESQ. and LINDSAY A. BUSH, ESQ.**, Binder & Schwartz LLP, *Counsel for Defendant Mark Scott*, 366 Madison Avenue - 6th Floor, New York, NY 10017; E-mail: WSchwartz@BinderSchwartz.com; LBush@BinderSchwartz.com.

William J. Fields