

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

William J. Fields
wfields@zlk.com

July 22, 2019

**VIA ELECTRONIC CASE FILING**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Grablis v. OneCoin LTD, et al.* **No. 1:19-cv-04074-VEC (S.D.N.Y.)**

Dear Judge Caproni:

My firm, Levi & Korsinsky, LLP ("L&K"), represents Lead Plaintiff Donald Berdeaux ("Berdeaux") in the subject action. We write pursuant to Rule 2.D of Your Honor's Individual Rules & Practices in Civil Cases, in support of Berdeaux's motion for approval of co-lead counsel, approving Silver Miller and Levi & Korsinsky, LLP ("Levi & Korsinsky") as Co-Lead Counsel.

As discussed in Lead Plaintiff Berdeaux's memorandum of law filed in support of his motion, he has selected Silver Miller and Levi & Korsinsky to serve as Co-Lead Counsel. The attorneys at both firms have extensive experience in successfully prosecuting complex securities class actions such as the instant action. In addition, Silver Miller and Levi & Korsinsky are currently working together on several securities class actions and have developed a cooperative approach that minimizes duplication of effort while remaining highly efficient. Furthermore, this action is likely to involve extensive motion practice and discovery, and the cooperative efforts of the two firms will better enable the successful prosecution of the putative class' claims without overwhelming either firm's resources. Finally, this action involves substantial litigation and recoverability risk, and will likely involve substantial litigation expenses, including expert fees, which -- when proceeding on a co-lead basis -- will better allow counsel to defray these risks and costs. Accordingly, it is appropriate to approve Berdeaux's selection of Silver Miller and Levi & Korsinsky as Co-Lead Counsel for the Class.

Submitted contemporaneously herewith as Exhibit A is a [proposed] order providing for Silver Miller's and Levi & Korsinsky's appointment as Co-Lead Counsel, as required by Rule 2.D.

We thank Your Honor for the Court's time and attention to this request and are available to answer any questions which the Court may have.

LEVI&KORSINSKY LLP

July 22, 2019
Page 2 of 2

                          Very truly yours,

                          LEVI & KORSINSKY, LLP

                          William J. Fields

cc:    All counsel of record (via ECF)
        Wendy Schwartz, Esq. (via email)
        Lindsay A. Bush, Esq. (via email)

LEVI&KORSINSKY LLP