

# SHERIFF'S CERTIFICATE OF SERVICE
**PERSONAL DELIVERY**

Case # 1:19-CV-04074-VEC
Sheriff's Case # 19027163

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CHRISTINE GRABLIS; INDIVIDUALLY;
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

        PLAINTIFF(S),

V.

ONECOIN LTD., A FOREIGN CORPORATION; RUJA IGNATOVA, AN INDIVIDUAL; KONSTANTIN IGNATOV, AN INDIVIDUAL; SEBASTIAN GREENWOOD, AN INDIVIDUAL; AND MARK SCOTT, AN INDIVIDUAL

        DEFENDANT(S)
------------------------------------------------------x

STATE OF NEW YORK    }
NEW YORK COUNTY } SS:

I, **QIN ZHANG**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **7/3/2019**, at approximately **3:08 PM** at **150 PARK ROW** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS IN A CIVIL ACTION & CLASS ACTION COMPLAINT** upon **KONSTANTIN IGNATOV**, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **KONSTANTIN IGNATOV** personally a true copy thereof, said person being known as the **DEFENDANT** mentioned and described herein.

**[X] DESCRIPTION:**

| | | |
|---|---|---|
| Skin Complexion: **LIGHT** | Gender: **MALE** | Approx. Age: **33** |
| Height: **5'-5"** | Weight: **150** | Hair Color: **BLACK** |

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 7/3/2019

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

BY: _____
QIN ZHANG
DEPUTY SHERIFF
SHIELD # 482

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038