UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTINE GRABLIS, et al.,

        Plaintiffs,

-against-                           **NOTICE OF APPEARANCE**

ONECOIN LTD., et al.,                19 CV 4074 (VEC)

        Defendants.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq. and Jeffrey Einhorn, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appear on behalf of defendant KONSTANTIN IGNATOV in the above-captioned case.

Dated:       New York, New York
               July 24, 2019

                                                       **JEFFREY LICHTMAN, ESQ. (JL6328)**
                                                       LAW OFFICES OF JEFFREY LICHTMAN
                                                       11 EAST 44th STREET, SUITE 501
                                                       NEW YORK, NEW YORK 10017
                                                       Ph: (212) 581-1001
                                                      Fx: (212) 581-4999
                                                       jhl@jeffreylichtman.com

                                                       **JEFFREY EINHORN, ESQ. (JE6559)**
                                                       LAW OFFICES OF JEFFREY LICHTMAN
                                                       11 EAST 44th STREET, SUITE 501
                                                       NEW YORK, NEW YORK 10017
                                                       Ph: (212) 581-1001
                                                       Fx: (212) 581-4999
                                                       einhorn@jeffreylichtman.com