LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

JASON GOLDMAN

PH: (212) 581-1001

FX: (212) 581-4999

August 13, 2019

**BY ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Grablis v. Onecoin Ltd., et al., 19-04074 (VEC)**

Dear Judge Caproni:

I am writing on behalf of defendant Konstantin Ignatov to respectfully join co-defendant Mark Scott's request for a conference, as well as his contemplated motion for a stay of the above-referenced civil case pending the outcome of the corresponding criminal prosecution, United States v. Scott, et al., 17 CR 630 (ER), which is presently pending in the Southern District of New York.  As noted in co-defendant Scott's August 8, 2019 letter, the criminal and civil cases principally concern the "same matter," which presents the "strongest case for granting a stay" so as to avoid any prejudice to the defendants as they defend both cases.  See Volmar Distributors, Inc. v. New York Post Co., Inc., 152 F.R.D. 36, 39 (S.D.N.Y. 1993) (Connor, J.).

Thank you for the Court's consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc:     All counsel (by ECF)