```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DONALD BERDEAUX, individually and on      :
behalf of all others similarly situated,  :
                                          :
                           Lead           :
                           Plaintiff,     :
                                          :
             -against-                    :
                                          :
ONECOIN LTD.; RUJA IGNATOVA;              :
KONSTANTIN IGNATOV; SEBASTIAN             :
GREENWOOD; MARK SCOTT; IRINA              :
ANDREEVA DILINSKA; DAVID PIKE; and        :
NICOLE HUESMANN,                          :
                                          :
                           Defendants.    :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2019

19-CV-4074 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 23, 2019, the parties appeared for a status conference with the Court; and

WHEREAS Lead Plaintiff has failed to post proof that the summons and Complaint have been served on Defendants OneCoin Ltd., Ruja Ignatova, and Sebastian Greenwood,

IT IS HEREBY ORDERED that no later than **5:00 P.M. on August 23, 2019**, Lead Plaintiff must file a letter stating the status of service on Defendants OneCoin Ltd., Ruja Ignatova, and Sebastian Greenwood.  If Plaintiff has served these Defendants, he must—by the same deadline—file on ECF proof of such service.  If Plaintiff has not served these Defendants, he must show cause why those Defendants should not be dismissed for failure to serve under Fed. R. Civ. P. 4(m).

IT IS FURTHER ORDERED that, for the reasons discussed at the conference, all proceedings in this case are STAYED until all Defendants (except those dismissed pursuant to the above paragraph) have been served.  Once all Defendants have been served and Lead

Plaintiff has posted proof of such service on ECF, Lead Plaintiff must so notify the Court by letter, which anticipates scheduling a conference to discuss next steps.

    The Clerk of Court is respectfully directed to flag this case as stayed.

**SO ORDERED.**

**Date: August 23, 2019**
**New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**