# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

September 25, 2019

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

   Re: <u>Grabis v. OneCoin Ltd., et al.,</u>
     19-cv-04074-VEC

Dear Judge Caproni:

I represent David Pike regarding the related criminal proceedings pending before Judge Ramos, <u>United States v. Mark S. Scott</u>, S6 17 Cr. 630 (ER). Mr. Pike was served with the amended complaint in this case on September 9, 2019 and his response currently is due on September 30, 2019. Given the complexity of this case, Mr. Pike has not yet been able to retain counsel to represent him. On his behalf, I would request an extension of an additional 30 days (until October 30, 2019) to allow him to retain counsel and for counsel to have sufficient time to prepare an appropriate response. I contacted plaintiffs' counsel William Fields, who consents to the requested extension of time. Mr. Pike has requested no prior extensions of time.

Thank you for your consideration.

Respectfully,

/s/ Martin R. Raskin
Martin R. Raskin, Esq.

 cc: Counsel of record via ECF