IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**PLAINTIFFS' MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE
ON DEFENDANTS ONECOIN LTD., RUJA IGNATOVA,
SEBASTIAN GREENWOOD, AND IRINA ANDREEVA DILINSKA**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel and pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, shall move before this Honorable Court for entry of an Order granting Plaintiffs leave to effectuate alternative service of the First Amended Complaint and Summons in this matter upon defendants OneCoin Ltd., Ruja Ignatova, Sebastian Greenwood, and Irina Andreeva Dilinska via Federal Express and electronic means.

*[Signature on Following Page]*

Dated: October 1, 2019    Respectfully Submitted

**LEVI & KORSINSKY, LLP**

By:  */s/ William J. Fields*
William J. Fields (5054952)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
E-mail: wfields@zlk.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright (*pro hac vice*)
John A. Carriel (*pro hac vice* forthcoming)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
E-mail: denright@zlk.com
E-mail: jcarriel@zlk.com

**SILVER MILLER**
David C. Silver (*pro hac vice* forthcoming)
Jason S. Miller (*pro hac vice* forthcoming)
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-Mail: JMiller@SilverMillerLaw.com

*Attorneys for Plaintiffs Donald Berdeaux and Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court of this 1st day of October 2019 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **WENDY SCHWARTZ, ESQ.** and **LINDSAY A. BUSH, ESQ.**, Binder & Schwartz LLP, *Counsel for Defendant Mark Scott*, 366 Madison Avenue - 6th Floor, New York, NY 10017, e-mail: WSchwartz@BinderSchwartz.com; LBush@BinderSchwartz.com; **JEFFREY HARRIS LICHTMAN, ESQ.** and **JEFFREY BENSON EINHORN, ESQ.**, The Law Offices of Jeffrey Harris Lichtman, *Counsel for Defendant Konstantin Ignatov*, 11 E 44th St #501, New York, NY 10017, e-mail: Jhl@jeffreylichtman.com; Einhorn@jeffreylichtman.com.

                                                              */s/ William J. Fields*
                                                              William J. Fields