IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                 Plaintiffs,<br><br>                              -against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>                                Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO EFFECTUATE ALTERNATIVE SERVICE**

This matter is before the Court upon lead plaintiff Donald Berdeaux ("Berdeaux") and plaintiff Christine Grablis' ("Plaintiffs") Motion for Leave to Effect Alternative Service of the First Amended Complaint [ECF No. 40] and Summons in this matter upon defendants OneCoin Ltd. (Dubai), Ruja Ignatova, Sebastian Greenwood, and Irina Andreeva Dilinska (the "Unserved Defendants") via Federal Express and electronic means.

IT IS HEREBY ORDERED that said Motion is GRANTED and Plaintiffs may effectuate service on the Unserved Defendants as follows:

1. Mailing of the Summons and FAC via Federal Express mail to:

    - OneCoin Ltd.
      Unit 3102, 31st Floor,
      Platinum Towers - Cluster I, Jumeirah Lakes Towers
      Dubai, United Arab Emirates

- Ruja Ignatova
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, United Arab Emirates

- Sebastian Greenwood
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, United Arab Emirates

- Irina Dilinska
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, United Arab Emirates

2. E-mailing the Summons and FAC, return receipt requested to:

   - OneCoin at:
     - press@onecoin.eu; and
     - office@onecoin.eu;

   - Ruja Ignatova at:
     - ruja@onecoin.eu;

   - Sebastian Greenwood at:
     - sebgreenwood@gmail.com; and
     - sgreenwood@loopium.com; and

   - Irina Dilinska at:
     - irina@onecoin.eu.

3. Transmission of the Summons and FAC through the Internet to:

   - Ruja Ignatova at:
     - https://www.facebook.com/onecoincompany/; and

- o   https://bg.linkedin.com/in/ruja-ignatova-83929a161; and

- Sebastian Greenwood at:

    - o   https://www.linkedin.com/in/thesebastiangreenwood; and

    - o   https://www.facebook.com/sebastiangreenwood.onecoin/.

**DONE AND ORDERED** in Chambers in New York, New York on this _____ day of _____, 2019.

_____
**HONORABLE VALERIE E. CAPRONI**
**UNITED STATES DISTRICT COURT JUDGE**