UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD BERDEAUX and
CHRISTINE GRABLIS, Individually
and on Behalf of All Other Similarly
Situated,

    Plaintiffs,

v.                                                Case No.: 1:19-cv-04074-VEC

ONECOIN, LTD.; RUJA IGNATOVA;
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; MARK SCOTT; IRINA
ANDREEVA DILINSKA; DAVID PIKE;
and NICOLE J. HUESMANN,

    Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Bradley A. Silverman, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Nicole J. Huesmann in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached hereto the required affidavit pursuant to Local Rule 1.3 (Exhibit "A") and Certificate of Good Standing from the Florida Bar (Exhibit "B").

Dated: November 1, 2019                    Respectfully submitted,

                                              /s/ Bradley A. Silverman
                                              Bradley A. Silverman
                                              HAMILTON, MILLER & BIRTHISEL, LLP
                                              150 Southeast Second Avenue, Suite 1200
                                              Miami, Florida 33131
                                              Telephone: (305) 379-3686
                                              Facsimile: (305) 379-3690
                                              Email: bsilverman@hamiltonmillerlaw.com
                                              *Attorneys for Defendant, Nicole J. Huesmann*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **November 1, 2019,** the foregoing document is being served on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ Bradley A. Silverman
                                              Bradley A. Silverman
                                              HAMILTON, MILLER & BIRTHISEL, LLP
                                              150 Southeast Second Avenue, Suite 1200
                                              Miami, Florida 33131
                                              Telephone: (305) 379-3686
                                              Facsimile: (305) 379-3690
                                              Email: bsilverman@hamiltonmillerlaw.com
                                              *Attorneys for Defendant, Nicole J. Huesmann*

## SERVICE LIST

*William Fields, Esq.,*
[wfields@zlk.com](mailto:wfields@zlk.com)
Levi & Korsinsky LLP
55 Broadway
Ste 10th Floor
New York, NY 10006
Tel: (212) 363-7500
*Attorneys for Plaintiffs*

*Jeffrey Harris Lichtman, Esq.*
[jl@jeffreylichtman.com](mailto:jl@jeffreylichtman.com)
*Jeffrey Benson Einhorn, Esq.*
[einhorn@jeffreylichtman.com](mailto:einhorn@jeffreylichtman.com)
Law Offices of Jeffrey Lichtman
11 E 44th Street, Ste. 501
New York, NY 10017
Tel: (212) 581-1001
Fax: (212) 581-4999
*Attorneys for Defendant, Konstatin Ignatov*

*Martin R. Raskin, Esq.*
[mraskin@raskinlaw.com](mailto:mraskin@raskinlaw.com)
Raskin & Raskin, P.A.
201 Alhambra Circle, Suite 1050
Coral Gables, FL 33134
Tel: (305) 444-3400
Fax: (305) 285-5124
*Attorneys for Defendant, David Pike*

*Michael Louis Braunstein, Esq.*
[mbraunstein@braunsteinfirm.com](mailto:mbraunstein@braunsteinfirm.com)
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: (845)-356-2570
Fax: (845)-356-4335
*Attorneys for Plaintiff, Grablis*

*Wendy Helene Schwartz, Esq.*
[wschwartz@binderschwartz.com](mailto:wschwartz@binderschwartz.com)
*Lindsay A. Bush, Esq.*
[lbush@binderschwartz.com](mailto:lbush@binderschwartz.com)
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor\
New York, NY 10017
Tel: (212) 510-7008
Fax: (212) 510-7299
*Attorneys for Defendant, Mark Scott*