## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**DONALD BERDEAUX and**
**CHRISTINE GRABLIS, Individually**
**and on Behalf of All Other Similarly**
**Situated,**

      **Plaintiffs,**

**v.**                                             Case No.: 1:19-cv-04074-VEC

**ONECOIN, LTD.; RUJA IGNATOVA;**
**KONSTANTIN IGNATOV; SEBASTIAN**
**GREENWOOD; MARK SCOTT; IRINA**
**ANDREEVA DILINSKA; DAVID PIKE;**
**and NICOLE J. HUESMANN,**

      **Defendants.**

---

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, BRADLEY A. SILVERMAN, of legal age, single, attorney-at-law and resident of the State of Florida, do solemnly swear:

1. My name and personal circumstances are as stated herein.

2. I have never been convicted of a felony.

3. I have not been censured, suspended, disbarred or denied admission or re-admission by any court.

4. There are no pending disciplinary proceedings against me.

5. I hereby attest that the previous statements are true and correct.

BRADLEY A. SILVERMAN

STATE OF FLORIDA      )
MIAMI-DADE COUNTY )

 I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, BRADLEY A. SILVERMAN, to me well known to be the person described herein and who executed the foregoing Affidavit.

 WITNESS my hand and seal on this 1st day of November, 2019.



     _____
     NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: _____

NAIOMI ARCINIEGA
MY COMMISSION # GG 188528
EXPIRES: February 21, 2022
Bonded Thru Notary Public Underwriters

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690