

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle**<br>Executive Director | 850/561-5600<br>www.FLORIDABAR.org |

State of Florida    )

County of Leon    )          In Re:  0105333
                                     Bradley Allan Silverman
                                     Hamilton, Miller & Birthisel LLP
                                     150 SE 2nd Ave Ste 1200
                                     Miami, FL 33131-1579

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 17, 1997**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 26th day of **October**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-62098

