UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD BERDEAUX and
CHRISTINE GRABLIS, Individually
and on Behalf of All Other Similarly
Situated,

    Plaintiffs,

v.                                                                Case No.: 1:19-cv-04074-VEC

ONECOIN, LTD.; RUJA IGNATOVA;
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; MARK SCOTT; IRINA
ANDREEVA DILINSKA; DAVID PIKE;
and NICOLE J. HUESMANN,

    Defendants.

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** to the Court and all counsel of the appearance of Bradley A. Silverman, Esq., and the law firm of HAMILTON, MILLER & BIRTHISEL, LLP, as counsel for Defendant, NICOLE J. HUESMANN. The undersigned respectfully request all pleadings, notices correspondence be served accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 1, 2019,** the foregoing document is being served on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Bradley A. Silverman
Bradley A. Silverman
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
Email: bsilverman@hamiltonmillerlaw.com
*Attorneys for Defendant, Nicole J. Huesmann*

## SERVICE LIST

*William Fields, Esq.,*
wfields@zlk.com
Levi & Korsinsky LLP
55 Broadway
Ste 10th Floor
New York, NY 10006
Tel: (212) 363-7500
*Attorneys for Plaintiffs*

*Jeffrey Harris Lichtman, Esq.*
jl@jeffreylichtman.com
*Jeffrey Benson Einhorn, Esq.*
einhorn@jeffreylichtman.com
Law Offices of Jeffrey Lichtman
11 E 44th Street, Ste. 501
New York, NY 10017
Tel: (212) 581-1001
Fax: (212) 581-4999
*Attorneys for Defendant, Konstatin Ignatov*

*Martin R. Raskin, Esq.*
mraskin@raskinlaw.com
Raskin & Raskin, P.A.
201 Alhambra Circle, Suite 1050
Coral Gables, FL 33134
Tel: (305) 444-3400
Fax: (305) 285-5124
*Attorneys for Defendant, David Pike*

*Michael Louis Braunstein, Esq.*
mbraunstein@braunsteinfirm.com
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: (845)-356-2570
Fax: (845)-356-4335
*Attorneys for Plaintiff, Grablis*

*Wendy Helene Schwartz, Esq.*
wschwartz@binderschwartz.com
*Lindsay A. Bush, Esq.*
lbush@binderschwartz.com
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor\
New York, NY 10017
Tel: (212) 510-7008
Fax: (212) 510-7299
*Attorneys for Defendant, Mark Scott*