

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

William J. Fields
wfields@zlk.com

November 1, 2019

**VIA ELECTRONIC CASE FILING**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      Re:     *Berdeaux v. OneCoin Ltd., et al.*, **Case No. 1:19-cv-04074-VEC (S.D.N.Y.)**

Dear Judge Caproni:

      This firm, Levi & Korsinsky, LLP, represents Lead Plaintiff Donald Berdeaux and plaintiff Christine Grablis ("Plaintiffs") in the subject action ("Action"). We write in accordance with this Court's August 23, 2019 Memo Endorsement (ECF No. 49) ordering Plaintiffs to file a letter on the first business day of each month (beginning on September 3, 2019) updating the Court on Plaintiffs' efforts to effectuate service of process upon all Defendants who have not already been served.

      As of the date of this letter, four Defendants remain unserved: (1) OneCoin Ltd ("OneCoin"); (2) Ruja Ignatova ("Ignatova"); (3) Sebastian Greenwood ("Greenwood"); and (4) Irina Andreeva Dilinska ("Dilinska"). As discussed in Plaintiffs' October 1, 2019 letter to the Court, Plaintiffs have filed a Motion for Leave to Effectuate Alternative Electronic Service upon these foreign Defendants, and await the Court's ruling thereupon.

      Plaintiffs are available at the Court's convenience to respond to any further questions as may arise.

      Very truly yours,

      **LEVI & KORSINSKY, LLP**

      By:    /s/ *William J. Fields*
             William J. Fields

cc:     all counsel of record (via ECF)