IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>      -against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>          Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR LEAVE TO EFFECTUATE ALTERNATIVE SERVICE**

   This matter is before the Court upon lead plaintiff Donald Berdeaux ("Berdeaux") and plaintiff Christine Grablis' ("Plaintiffs") Renewed Motion for Leave to Effect Alternative Service of the First Amended Complaint [ECF No. 40] and Summons in this matter upon defendants OneCoin Ltd. (Dubai), Ruja Ignatova, Sebastian Greenwood, and Irina Andreeva Dilinska (the "Unserved Defendants") via Federal International Registered Mail, e-mail, and additional electronic means.

   IT IS HEREBY ORDERED that said Motion is GRANTED and Plaintiffs may effectuate service on the Unserved Defendants as follows:

   1.  Mailing the Service Documents via First Class International Registered Mail through the U.S. Postal Service to:

- OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, UAE

- Ruja Ignatova
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, UAE

- Sebastian Greenwood
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, UAE

- Irina Dilinska
  c/o OneCoin Ltd.
  Unit 3102, 31st Floor,
  Platinum Towers - Cluster I, Jumeirah Lakes Towers
  Dubai, UAE

2. E-mailing the Service Documents, return receipt requested to:

   - Each of the Unserved Defendants at:
     - press@onecoin.eu;
     - office@onecoin.eu;
     - press@onelife.eu;
     - info@onelife.eu; and
     - office@oneworldfoundation.eu;

   - Ruja Ignatova at:
     - ruja@onecoin.eu;

   - Sebastian Greenwood at:
     - sebgreenwood@gmail.com; and
     - sgreenwood@loopium.com; and

   - Irina Dilinska at:
     - irina@onecoin.eu.

3. Transmission of the Service Documents through the Internet to:

   - OneCoin through:
     - https://www.facebook.com/onecoincompany/;

- o https://www.facebook.com/OneCoin-708913922526031/
- o https://www.facebook.com/OneLifeOfficial/; and
- o https://www.facebook.com/oneworldfoundation.eu; and
- o the contact forms located on:
  - https://www.onelife.eu/en/contacts; and
  - https://www.oneacademy.eu/en/about#contactForm;

- Ruja Ignatova through:
  - o https://www.facebook.com/onecoincompany/;
  - o https://www.facebook.com/DrRujaIgnatova.onecoin/; and
  - o https://bg.linkedin.com/in/ruja-ignatova-83929a161; and

- Sebastian Greenwood through:
  - o https://www.linkedin.com/in/thesebastiangreenwood; and
  - o https://www.facebook.com/sebastiangreenwood.onecoin/.

4. Via mailing the Service Documents to the prosecution team in the parallel Criminal Actions entitled *United States v. Scott, et al.*, 1:17-cr-630 (ER) (S.D.N.Y.) and *United States v. Pike*, 1:19-mj-08240 (S.D.N.Y.) and requesting that the Service Documents be forwarded to Sebastian Greenwood.

**DONE AND ORDERED** in Chambers in New York, New York on this _____ day of _____, 2019.

_____
**HONORABLE VALERIE E. CAPRONI**
**UNITED STATES DISTRICT COURT JUDGE**