AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DONALD BERDEAUX and CHRISTINE GRABLIS | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:19-cv-04074-VEC |
| ONECOIN LTD., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald Berdeaux and Plaintiff Christine Grablis

Date: 01/22/2020

_____
Attorney's signature

Adam M. Apton (AS-8383)
Printed name and bar number

LEVI & KORSINSKY, LLP.
1101 30th Street NW, Suite 115
Washington, DC 20007
Address

aapton@zlk.com
E-mail address

(202) 524-4290
Telephone number

(202) 333-2121
FAX number