UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2020

DONALD BERDEAUX and CHRISTINE
GRABLIS, Individually and on Behalf of All
Others Similarly Situated,

          Plaintiffs,

v.

ONECOIN LTD., RUJA IGNATOVA,
KONSTANTIN IGNATOV, SEBASTIAN
GREENWOOD, MARK SCOTT, IRINA
ANDREEVA DILINSKA, DAVID PIKE, and
NICOLE J. HUESMANN,

          Defendants.

Case No. 19 Civ. 04074 (VEC)

## STIPULATION AND [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Mark Scott substitutes the law firm of Mintz & Gold LLP, and its attorney Steven G. Mintz, as counsel of record in place of the law firm Binder & Schwartz LLP, and its attorneys Wendy H. Schwartz and Lindsay A. Bush. Contact information for new counsel is as follows:

Steven G. Mintz
MINTZ & GOLD LLP
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com

I consent to the above substitution.

Date: 1/27/2020

_____
Mark Scott

We consent to the above substitution.

Date: Jan. 27, 2020

_____
Wendy H. Schwartz
Lindsay A. Bush
BINDER & SCHWARTZ LLP
366 Madison Avenue
Sixth Floor
New York, NY 10017
Tel: (212) 510-7008
Fax: (212) 510-7229
wschwartz@binderschwartz.com
lbush@binderschwartz.com

We consent to the above substitution.

Date: 1/27/20

_____
Steven G. Mintz
MINTZ & GOLD LLP
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com

The substitution of counsel is hereby approved and is SO ORDERED.

Date: _____

_____
HON. VALERIE E. CAPRONI, U.S.D.J.

SO ORDERED.

*Valerie Caproni* (signature)
1/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2