AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, <br> *Plaintiff* <br> v. <br> ONECOIN LTD., ET AL., <br> *Defendant* | Case No.  19 Civ. 4074 (VEC) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Scott.

Date: 01/28/2020

/s/ Steven G. Mintz
*Attorney's signature*

Steven G. Mintz (SM5428)
*Printed name and bar number*

MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, NY 10016
*Address*

mintz@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

(212) 696-1231
*FAX number*