AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19 Civ. 4074 (VEC) |
| ONECOIN LTD., ET AL., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Scott.

Date: 01/28/2020

/s/ Timothy J. Quill, Jr.
*Attorney's signature*

Timothy J. Quill, Jr. (TQ4878)
*Printed name and bar number*

MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, NY 10016
*Address*

quill@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

(212) 696-1231
*FAX number*