## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA; KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:19-cv-04074-VEC |

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, William J. Fields, hereby moves to withdraw as counsel of record for lead plaintiff Donald Berdeaux and plaintiff Christine Grablis (collectively, "Plaintiffs") because the undersigned is no longer employed by the law firm of Levi & Korsinsky, LLP. Mr. Adam M. Apton, Esq. of Levi & Korsinsky, LLP will remain counsel of record for Plaintiffs in the above-referenced matter.

Dated: New York, New York
　　　　January 31, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: ___*/s/ William J. Fields*___
　　　　　　　　　　　　　　　　　　　　　　　William J. Fields

**IT IS SO ORDERED.**

Dated: _____, 2020

                                              HONORABLE VALERIE E. CAPRONI
                                              UNITED STATES DISTRICT COURT JUDGE