January 31, 2020

**VIA ELECTRONIC CASE FILING**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      Re:    *Berdeaux v. OneCoin Ltd., et al.*, Case No. 1:19-cv-04074-VEC (S.D.N.Y.)

Dear Judge Caproni:

      I am one of the counsel of record for lead plaintiff Donald Berdeaux and plaintiff Christine Grablis (collectively, "Plaintiffs"). I write pursuant to Rule 2.D of Your Honor's Individual Rules of Practice in Civil Cases and in connection with Plaintiff's motion for Motion for Withdrawal of Appearance (ECF No. 84). As explained in the Motion, I am moving to withdraw my appearance as am no longer employed by the law firm of Levi & Korsinsky, LLP. My withdrawal will have no impact in the prosecution of the case, and the law firm of Levi & Korsinsky, LLP will remain as counsel of record. As noted in the Motion, Mr. Adam M. Apton, Esq. of Levi & Korsinsky, LLP will remain as counsel of record.

      A [proposed] order providing for the granting of the Motion for Withdrawal of Appearance is attached as Exhibit A.

      I thank Your Honor for the Court's time and attention to this request and I am available to answer any questions which the Court may have.

                                Respectfully submitted,

                      By:    /s/ *William J. Fields*
                             William J. Fields

cc:    all counsel of record (via ECF)