IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

## DECLARATION OF JOHN A. CARRIEL ATTESTING TO SERVICE AS TO DEFENDANTS ONECOIN LTD AND RUJA IGNATOVA

I, John A. Carriel, hereby declare as follows:

1. I am an associate with the law firm Levi & Korsinsky, LLP, counsel for Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis ("Plaintiffs"). I am a member of the Bar of the District of Columbia. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein. If called upon, I could and would competently testify thereto.

***Service as to Defendant OneCoin Ltd.***

2. On February 3, 2020, I caused the Summons as to Defendant OneCoin Ltd. ("OneCoin"), Plaintiffs' First Amended Complaint, and the Order Permitting Alternative Service as to Defendant OneCoin (the "Alternative Service Order") to be sent via United States International Registered Mail, with tracking, to:

OneCoin Ltd.
Unit 3102, 31st Floor,
Platinum Towers - Cluster I, Jumeirah Lakes Towers
Dubai, UAE

3. On February 3, 2020, I emailed the Summons as to Defendant OneCoin, Plaintiffs' First Amended Complaint, and the Alternative Service Order to the following email addresses:

- press@onecoin.eu;
- office@onecoin.eu;
- press@onelife.eu;
- info@onelife.eu; and
- office@oneworldfoundation.eu.

Attached hereto as **Exhibit 1** is a true and correct copy of this email.

4. On February 3, 2020, I sent a message containing a hyperlink to a repository containing the Summons as to Defendant OneCoin, Plaintiffs' First Amended Complaint, and the Alternative Service Order to the following social media accounts:

- https://www.facebook.com/onecoincompany/;
- https://www.facebook.com/OneCoin-708913922526031/;
- https://www.facebook.com/OneLifeOfficial/; and
- https://www.facebook.com/oneworldfoundation.eu.

Attached hereto as **Exhibits 2–5** are true and correct copies of these messages.

*Service as to Defendant Ruja Ignatova*

5. On February 3, 2020, I caused the Summons as to Defendant Ruja Ignatova ("Ignatova"), Plaintiffs' First Amended Complaint, and the Alternative Service Order to be sent via United States International Registered Mail, with tracking, to:

Ruja Ignatova
c/o OneCoin Ltd.
Unit 3102, 31st Floor,
Platinum Towers - Cluster I, Jumeirah Lakes Towers
Dubai, UAE

6. On February 3, 2020, I emailed the Summons as to Defendant Ignatova, Plaintiffs' First Amended Complaint, and the Alternative Service Order to the following email address:

- ruja@onecoin.eu.

Attached hereto as **Exhibit 6** is a true and correct copy of this email. As of the date of this declaration, I have not received a sender-return error for this email.

7. On February 3, 2020, I sent a message containing a hyperlink to a repository containing the Summons as to Defendant Ignatova, Plaintiffs' First Amended Complaint, and the Alternative Service Order to the following social media accounts:

- https://www.facebook.com/onecoincompany/; and
- https://bg.linkedin.com/in/dr-ruja-ignatova-74417161.

Attached hereto as **Exhibits 7–8** are true and correct copies of these messages.

8. The Court's Alternative Service Order also authorized service upon Defendant Ignatova via message to her social media page available at: https://www.facebook.com/DrRujaIgnatova.onecoin/. As of the date of this declaration, this Facebook page does not permit messages to be sent to its owner. Attached hereto as **Exhibit 9** is a true and correct copy of this webpage obtained on February 3, 2020 showing that, as of the date of this declaration, this Facebook page does not contain an option to send a message to the owner of the page.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2020.

John A. Carriel