# EXHIBIT 1

| | |
|---|---|
| **From:** | John A. Carriel |
| **To:** | press@onecoin.eu; office@onecoin.eu; press@onelife.eu; info@onelife.eu; office@oneworldfoundation.eu |
| **Cc:** | Donald J. Enright; Elizabeth K. Tripodi; Adam M. Apton; Zachary Ness; David Silver; Jason Miller |
| **Subject:** | SERVICE OF SUMMONS AND COMPLAINT (Onecoin LTD): Donald Berdeaux, et al, v. Onecoin LTD, et al, 19-cv-04074-VEC (SDNY) |
| **Date:** | Monday, February 3, 2020 2:51:00 PM |
| **Attachments:** | Berdeaux v. OneCoin_OneCoin Ltd Summons.pdf<br>Berdeaux v. OneCoin_Amended Complaint.pdf<br>Berdeaux v. OneCoin_Order Permitting Alternative Service.pdf |

**PLEASE TAKE NOTICE that Plaintiffs Donald Berdeaux and Christine Grablis have filed the attached First Amended Complaint in the United States District Court for the Southern District of New York and have named OneCoin Ltd as a Defendant (the "Complaint").  The Court has authorized electronic service of the attached Complaint and Summons.**

Attached hereto are the following documents:

- Summons as to defendant **OneCoin LTD**;

- Complaint; and

- January 24, 2020 Order of the Court permitting alternative service.

Sincerely,

John A. Carriel, Esq.
Associate
LEVI&KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
202.524.4290 (office)
202.774.5793 (office direct)
202.333.2121 (facsimile)
jcarriel@zlk.com | www.zlk.com

Admitted in DC. Not admitted in NY, CT or CA.  CONFIDENTIALITY NOTICE:   This email message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky, LLP. If you communicate with us in connection with a matter for

which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.