IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/28/2020<br><br>Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SEBASTIAN GREENWOOD AND IRINA ANDREEVA DILINSKA**

Lead Plaintiff Donald Berdeaux ("Berdeaux") and Plaintiff Christine Grablis ("Grablis" and together with Berdeaux, "Plaintiffs"), by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby give notice that this action shall be, and is, DISMISSED WITHOUT PREJUDICE **only as between Plaintiffs and Defendants Sebastian Greenwood ("Greenwood") and Irina Andreeva Dilinska ("Dilinska")**.

This Notice of Voluntary Dismissal is not intended to, and shall not have, any effect on any claims asserted by any other parties to this litigation, or the defenses to those claims. Likewise, the dismissal of Plaintiffs' claims without prejudice as to Defendants Greenwood and Dilinska will have no impact or effect on the ability of any Plaintiff or putative class member to file a complaint asserting any claims against Greenwood or Dilinska in the future; as neither Greenwood nor

Dilinska have filed an Answer or a motion for summary judgment in response to the claims lodged against them in this Action.

For the avoidance of doubt, no compensation in any form has passed directly or indirectly from Defendants Greenwood and Dilinska to Plaintiffs or their attorneys; and no promise, understanding, or agreement to give any such compensation has been made.

Moreover, no class has been certified in the Action.

Dated: February 28, 2020

SO ORDERED.

*[signature]*
2/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted

**LEVI & KORSINSKY, LLP**

By: s/ Adam M. Apton
Adam Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
E-mail: wfields@zlk.com

**LEVI & KORSINSKY, LLP**

Donald J. Enright (*pro hac vice*)
John A. Carriel (*pro hac vice* forthcoming)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
E-mail: denright@zlk.com
E-mail: jcarriel@zlk.com

**SILVER MILLER**

David C. Silver (*pro hac vice* forthcoming)
Jason S. Miller (*pro hac vice* forthcoming)
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-Mail: JMiller@SilverMillerLaw.com

*Attorneys for Plaintiffs Donald Berdeaux and Co-Lead Counsel for the Class*