USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DONALD BERDEAUX and CHRISTINE
GRABLIS, Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiffs,

           -against-

ONECOIN LTD.; RUJA IGNATOVA,
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; MARK SCOTT; IRINA
ANDREEVA DILINSKA; DAVID PIKE; and
NICOLE J. HUESMANN,

                        Defendants.
------------------------------------------------------------------ X

19-CV-4074 (VEC)

MEMORANDUM OPINION
& ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 23, 2019, the Court stayed this case pending service of all Defendants and ordered monthly letter updates from Lead Plaintiff on the status of service of process and warned against missing these deadlines (Dkts. 46, 49);

       WHEREAS on January 24, 2020, the Court granted in part Lead Plaintiff's motion for alternative service (Dkt. 78);

       WHEREAS on February 3, 2020, Lead Plaintiff posted proof of service via the Court's approved alternative means for Defendants OneCoin Ltd. and Ignatova (Dkt. 88);

       WHEREAS on February 28, 2020, Lead Plaintiff voluntarily dismissed Defendants Dilinksa and Greenwood from this case (Dkt. 90);

       WHEREAS the Court's August 23, 2019, Order required Lead Plaintiff to notify the Court by letter once all Defendants have been served; and

       WHEREAS Lead Plaintiff has not submitted a letter update for either March or April;

IT IS HEREBY ORDERED that Lead Plaintiff must show cause no later than **April 16, 2020**, why this case should not be dismissed with prejudice for failure to prosecute under Fed. R. Civ. P. 41(b).

Lead Plaintiff is sternly warned that failing to comply with the Court's orders going forward could result in sanctions.

**SO ORDERED.**

**Date: April 10, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**