IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV, SEBASTIAN GREENWOOD, MARK SCOTT, IRINA ANDREEVA DILINSKA, DAVID PIKE, and NICHOLE J. HUESMANN,<br><br>               Defendants. | Case No.: 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/30/2020 |

**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Donald J. Enright ("Applicant"), having moved for admission to practice *Pro Hac Vice* in the above-captioned action for all purposes as counsel for Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis; and

Applicant having declared that he is a member in good standing of the bars of the States of Maryland and New Jersey and the District of Columbia; and that his contact information is as follows:

> Donald J. Enright
> LEVI & KORSINSKY, LLP
> 1101 30th Street NW, Suite 115
> Washington, D.C. 20007
> Telephone: 202.524.4290
> Facsimile: 202.333.2121
> Email: denright@zlk.com;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   April 30        , 2020            _____
                                            Hon. Valerie Caproni
                                            United States District Judge