UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DONALD BERDEAUX and CHRISTINE
GRABLIS, Individually and on Behalf of All Others
Similarly Situated,

                                Plaintiffs,

                -against-

ONECOIN LTD.; RUJA IGNATOVA;
KONSTANTIN IGNATOV; SEBASTIAN
GREENWOOD; MARK SCOTT; IRINA
ANDREEVA DILINSKA; DAVID PIKE; and
NICOLE J. HUESMANN,

                              Defendants.
------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020
```

19-CV-4074 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS on May 1, 2020, the parties appeared for a teleconference with this Court;

       IT IS HEREBY ORDERED that the stay on this case is lifted.  No later than **May 8, 2020**, the parties must jointly submit a proposed schedule for Defendants to answer, move to dismiss, or otherwise respond to the Amended Complaint.

**SO ORDERED.**

**Date:  May 1, 2020**
**New York, New York**

                                  _____
                                  **VALERIE CAPRONI**
                                  **United States District Judge**