# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

SENIOR COUNSEL

JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL

HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)

HARVEY J. HOROWITZ *(dec.)*

HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])

AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL COURTS IN NEW JERSEY AND ALL FEDERAL COURTS IN NEW YORK CITY

**MEMO ENDORSED**

May 8, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2020
```

**Via ECF**
The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Grablis v. OneCoin Ltd. et al.*, No. 1:19-cv-4074 (VEC)

Dear Judge Caproni:

      This firm represents defendant Mark Scott in the above-captioned action. We write, together with counsel for Defendants Konstantin Ignatov, David Pike, and Nicole J. Huesmann (collectively, "Defendants"), and with counsel for Plaintiffs Donald Berdeaux and Christine Grablis ("Plaintiffs" and, together with Defendants, the "Parties"), in accordance with the Court's May 1, 2020 Order (ECF No. 102), to propose a briefing schedule for Defendants' anticipated motions to dismiss the Amended Complaint in the above-referenced action.

      The Parties jointly propose the following schedule: Defendants' deadline to answer or move is **Thursday, June 25, 2020**. Plaintiffs' opposition papers are due by

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Valerie E. Caproni
Page 2

**Wednesday, August 12, 2020**. Defendants' replies, if any, must be filed by **Wednesday, September 2, 2020**.

The Parties thank the Court in advance for its consideration of this request.

Respectfully submitted,

**MINTZ & GOLD LLP**

  s/ *Timothy J. Quill, Jr.*
Steven G. Mintz
Kevin M. Brown
Timothy J. Quill, Jr.
600 Third Avenue, 25th Floor
New York, New York 10016
(212) 696-4848
mintz@mintzandgold.com
brown@mintzandgold.com
quill@mintzandgold.com
*Attorneys for Defendant Mark Scott*

**HAMILTON, MILLER
& BIRTHISEL, LLP**

*s/ Bradley A. Silverman*
Bradley A. Silverman
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
bsilverman@hamiltonmillerlaw.com
*Attorneys for Defendant, Nicole J. Huesmann*

**RASKIN & RASKIN, P.A.**

*s/ Martin R. Raskin*
Martin R. Raskin
201 Alhambra Circle, Suite 1050
Coral Gables, FL 33134
Tel.: (305) 444-3400
Fax: 305-285-5124
Email: mraskin@raskinlaw.com
*Attorneys for Defendant David Pike*

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Valerie E. Caproni
Page 3

**LAW OFFICES OF JEFFREY LICHTMAN**

<u>s/ Jeffrey B. Einhorn</u>
Jeffrey B. Einhorn
11 E. 44th Street, Ste. 501
New York, NY 10017
Tel.: (212)-581-1001
Fax: (212)-581-4999
Email: einhorn@jeffreylichtman.com
*Attorneys for Defendant Konstantin Ignatov*

**LEVI & KORSINSKY, LLP**

<u>s/ Adam M. Apton</u>
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
(202) 524-4290
aapton@zlk.com
*Attorneys for Plaintiffs*

Cc: Counsel of record (via ECF)

The parties' proposed briefing schedule is ADOPTED.

SO ORDERED.

*[signature]*
5/8/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE