# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV; SEBASTIAN GREENWOOD; MARK SCOTT; IRINA ANDREEVA DILINSKA; DAVID PIKE; and NICOLE J. HUESMANN,<br><br>                    Defendants. | Case No. 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br>**NOTICE OF MOTION TO DISMISS AND/OR FOR MORE DEFINITE STATEMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

To:    Adam M. Apton, Esq.                William Fields, Esq.
       Levi & Korsinsky LLP               Fields Kupka & Shukurov, LLP
       55 Broadway                        1370 Broadway, 5th Floor
       Ste 10th Floor                     Suite 5100
       New York, NY 10006                 New York, NY 10018
       Tel: (212) 363-7500                Tel: (212) 231-1500

       Donald J. Enright, Esq.            Michael Louis Braunstein, Esq.
       Levi & Korsinsky LLP               Kantrowitz Goldhamer
       1101 30th, Street, NW              & Graifman, P.C.
       Washington, DC 20007               747 Chestnut Ridge Road
       Tel: (202) 337-8090                Chestnut Ridge, NY 10977
                                          Tel: (845)-356-2570

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated June 25, 2020, and the Declaration of Nicole J. Huesmann, dated May 1, 2020, and all the pleadings and prior proceedings had herein, Defendant, Nicole J. Huesmann, will move this Court, before the Honorable Valerie E. Caproni, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to FED. R. CIV. P.

12(b)(2) and 12(b)(6), dismissing with prejudice the Plaintiff's complaint in its entirety as against this Defendant and/or for a more definite statement, pursuant to FED. R. CIV. P. 12(e).

PLEASE TAKE FURTHER NOTICE that Defendant, Nicole J. Huesmann, requests oral argument on a date and at a time designated by the Court.

Dated: June 25, 2020

                              Respectfully submitted,

                              /s/ *Bradley A. Silverman*
                              Bradley A. Silverman
                              Florida Bar No. 0105333
                              HAMILTON, MILLER & BIRTHISEL, LLP
                              150 Southeast Second Avenue, Suite 1200
                              Miami, Florida 33131
                              Telephone: (305) 379-3686
                              Facsimile: (305) 379-3690
                              Email: bsilverman@hamiltonmillerlaw.com
                              *Attorneys for Defendant, Nicole J. Huesmann*

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on **June 25, 2020,** the foregoing document is being served on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       /s/ *Bradley A. Silverman*
                                       Bradley A. Silverman

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

## SERVICE LIST

Adam M. Apton, Esq.,
[aapton@zlk.com](mailto:aapton@zlk.com)
Levi & Korsinsky LLP
55 Broadway
Ste 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
*Attorneys for Plaintiffs,
Berdeaux and Grablis*

William Fields, Esq.,
[wfields@fksfirm.com](mailto:wfields@fksfirm.com)
Fields Kupka & Shukurov, LLP
1370 Broadway, 5th Floor
Suite 5100
New York, NY 10018
Tel: (212) 231-1500
*Attorneys for Plaintiffs,
Berdeaux and Grablis*

Jeffrey Harris Lichtman, Esq.
[jl@jeffreylichtman.com](mailto:jl@jeffreylichtman.com)
Jeffrey Benson Einhorn, Esq.
[einhorn@jeffreylichtman.com](mailto:einhorn@jeffreylichtman.com)
Law Offices of Jeffrey Lichtman
11 E 44th Street, Ste. 501
New York, NY 10017
Tel: (212) 581-1001
Fax: (212) 581-4999
*Attorneys for Defendant, Ignatov*

Martin R. Raskin, Esq.
[mraskin@raskinlaw.com](mailto:mraskin@raskinlaw.com)
Raskin & Raskin, P.A.
201 Alhambra Circle, Suite 1050
Coral Gables, FL 33134
Tel: (305) 444-3400
Fax: (305) 285-5124
*Attorneys for Defendant, Pike*

Donald J. Enright, Esq.
[denright@zlk.com](mailto:denright@zlk.com)
Levi & Korsinsky LLP
1101 30th, Street, NW
Washington, DC 20007
Tel: (202) 524-4292
Fax: (202) 337-8090
*Attorneys for Plaintiffs,
Berdeaux and Grablis*

Michael Louis Braunstein, Esq.
[mbraunstein@braunsteinfirm.com](mailto:mbraunstein@braunsteinfirm.com)
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: (845)-356-2570
Fax: (845)-356-4335
*Attorneys for Plaintiff, Grablis*

Steven G. Mintz, Esq.
[mintz@mintzandgold.com](mailto:mintz@mintzandgold.com)
Kevin M. Brown, Esq.
[brown@mintzandgold.com](mailto:brown@mintzandgold.com)
Timothy J. Quill, Jr., Esq.
[quill@mintzandgold.com](mailto:quill@mintzandgold.com)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
*Attorneys for Defendant, Scott*