IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA, KONSTANTIN IGNATOV, SEBASTIAN GREENWOOD, MARK SCOTT, IRINA ANDREEVA DILINSKA, DAVID PIKE, and NICHOLE J. HUESMANN,<br><br>       Defendants. | C.A. No 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' LETTER MOTION
TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS AND PERMIT
<u>LIMITED JURISDICTIONAL DISCOVERY</u>**

  This matter is before the Court upon Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis' (together, "Plaintiffs") Letter Motion to request a six (6) week extension to file their opposition to the Defendants' Motions to Dismiss (Dkt. No 107-111), and permit jurisdictional discovery limited to the issue of personal jurisdiction.

  **IT IS HEREBY ORDERED** that Plaintiffs' Letter Motion is **GRANTED**. This Court hereby orders as follows:

  (i) Plaintiffs' request for an extension of six (6) weeks to file their opposition to the Defendants' Motions to Dismiss is GRANTED;

  (ii) Plaintiffs' opposition to the Defendants' Motions to Dismiss is September 23, 2020. Replies are due October 14, 2020;

  (iii) Plaintiffs' request for limited jurisdictional discovery on the issue of personal jurisdiction is GRANTED;

- 2 -

(iv) Plaintiffs may serve upon the Defendants interrogatories and requests for production limited to the issue of personal jurisdiction.

**SO ORDERED** on this _____ day of _____, 2020.

                                                         _____
                                                         HONORABLE VALARIE E. CAPRONI
                                                         UNITED STATES DISTRICT COURT JUDGE