

1101 30th Street NW, Suite 115
Washington, DC 20007
T: 202-524-4290 x1
F: (212) 363-7171
www.zlk.com

Donald J. Enright
denright@zlk.com

September 24, 2020

**SUBMITTED VIA ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Grablis v. OneCoin Ltd. et. al.*, Case No. 1:19-cv-4074

Dear Judge Caproni:

    We write on behalf of Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis (together, "Plaintiffs") in the above-captioned matter (the "Action"). As ordered by this Court on September 18, 2020, Plaintiffs filed their Second Amended Complaint on September 23, 2020. However, a CM/ECF Notice from the Clerk's Office entered today, September 24, 2020, noted that the filing was deficient because "all the parties listed on the pleading were not entered on CM ECF; the wrong party/parties whom the pleading is against were selected; the amended complaint was filed incorrectly on the due date." The Second Amended Complaint filed on September 23, 2020 adds the following parties as Defendants: Gilbert Armenta and The Bank of New York Mellon Corporation.

    The Clerk's Notice advised Plaintiffs to request permission from Chambers to refile the Second Amended Complaint. The Notice instructs Plaintiffs when filing the Second Amended Complaint to select the event types "Add Party to Pleading" and "Amended Complaint."

    Accordingly, Plaintiffs request permission from Chambers to proceed as stated above.

    Plaintiffs thank the Court for its consideration in this matter and remain ready and available to answer any additional questions the Court may have.

                                            Respectfully submitted,
                                   .    */s/ Donald J. Enright*

cc: All Counsel of Record (via CM/ECF)