```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DONALD BERDEAUX and CHRISTINE
GRABLIS, Individually and on Behalf of All Others
Similarly Situated,

                               Plaintiffs,

                   -against-

ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN
GREENWOOD; MARK SCOTT; DAVID PIKE;
NICOLE J. HUESMANN; GILBERT ARMENTA;
and THE BANK OF NEW YORK MELLON
CORPORATION,

                               Defendants.
------------------------------------------------------------------ X

19-CV-4074 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 25, 2020, Defendant Nicole J. Huesmann moved to dismiss Plaintiffs' First Amended Complaint (Dkt. 109);

       WHEREAS on June 25, 2020, Defendant Mark Scott moved to dismiss Plaintiffs' First Amended Complaint (Dkt. 110); and

       WHEREAS on September 25, 2020, Plaintiffs' filed the Second Amended Complaint (Dkt. 125);

       IT IS HEREBY ORDERED that Defendants' motions to dismiss are denied as moot. No later than **October 26, 2020**, Defendants must either answer, move to dismiss, or otherwise respond to the Second Amended Complaint.

**SO ORDERED.**

Date: September 28, 2020
       New York, New York

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**