UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　- against -<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON CORPORATION,<br><br>　　　　　　　　　　Defendants. | No. 19-cv-4074-VEC<br><br>**RULE 7.1 DISCLOSURE** |

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, The Bank of New York Mellon Corporation ("BNYM"), by its undersigned counsel, hereby certifies that (1) BNYM has no parent company and (2) there is no publicly–held corporation that owns ten percent (10%) or more of BNYM's stock.

Dated:　New York, New York
　　　　October 21, 2020

2

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Audra J. Soloway
  Elizabeth M. Sacksteder
  Audra J. Soloway
  Daniel S. Sinnreich

1285 Avenue of the Americas
New York, NY 10019
212-373-3000
esacksteder@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendant The Bank of New York Mellon Corporation*

2