**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3289

WRITER'S DIRECT FACSIMILE
(212) 492-0289

WRITER'S DIRECT E-MAIL ADDRESS
asoloway@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
JOHN F. BAUGHMAN
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
DAVID CARMONA
JEANETTE K. CHAN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOGGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE

JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
DAVID M. KLEIN
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KANNON K. SHANMUGAM*
DAVID R. SICULAR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

**MEMO ENDORSED**

October 21, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> *Berdeaux v. OneCoin Ltd., et al.,*
> No. 19-cv-4074-VEC (S.D.N.Y.)

Dear Judge Caproni:

      We represent Defendant The Bank of New York Mellon Corporation ("BNYM") in this matter and write respectfully to request an extension of time for BNYM to respond to the Second Amended Class Action Complaint (the "SAC"). This is BNYM's first request for an extension of time.

      Although this lawsuit was first filed in 2019, and other parties have previously engaged in motion practice, BNYM was first added as a defendant in the SAC, which was filed on September 24, 2020. BNYM was served with the SAC on October 7, 2020, and Paul, Weiss was just retained as counsel two days ago. Under Federal Rule of Civil Procedure 12, BNYM's current deadline to answer, move to

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Valerie E. Caproni                                                                                                    2

dismiss, or otherwise respond to the SAC is October 28, 2020.  We understand that, prior to service upon newly-added defendant BNYM, the Court ordered defendants to answer, move to dismiss, or otherwise respond to the SAC by October 26, 2020, and that this schedule remains effective for the other defendants.  (*See* September 28, 2020 Order, ECF No. 126.)

We respectfully submit that an extension of time for BNYM to respond to the SAC is necessary to provide sufficient time for BNYM and its counsel to review and analyze the 65-page, 280-paragraph complaint, which asserts 11 causes of action against numerous defendants based on allegations spanning a putative four-year-long class period.  While BNYM is not named in every count, plaintiffs contend that BNYM aided and abetted a globe-spanning cryptocurrency fraud, which requires BNYM to review and analyze both the allegations supporting the underlying fraud claim as well as the allegations that BNYM purportedly provided substantial assistance to the purported fraudulent scheme.

BNYM respectfully requests an extension until December 21, 2020 (60 days from today) to answer, move to dismiss, or otherwise respond to the SAC.  In the event that BNYM moves to dismiss the SAC, as we anticipate, BNYM proposes that plaintiffs' opposition brief be due on February 4, 2021 (45 days later) and that BNYM's reply brief be due on March 8, 2021 (30 days later).  We have conferred with counsel for Plaintiffs, who advise that they do not oppose this proposal, if it meets with the Court's approval.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

/s/ Audra J. Soloway

Audra J. Soloway

---

Application GRANTED.  Defendant BNYM's time to respond to the Second Amended Complaint is extended to **December 21, 2020**.  No further extensions will be granted.  To the extent Defendant BNYM moves to dismiss the SAC, Plaintiffs' response shall be due not later than **February 4, 2021**, and Defendant BNYM's reply shall be due not later than **March 8, 2021**.

SO ORDERED.

*[signature: Valerie Caproni]*                10/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE