IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>       Defendants. | C.A. No 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SERVE DEFENDANT SEBASTIAN GREENWOOD BY U.S. MARSHAL**

  This matter is before the Court upon Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis' (together, "Plaintiffs") Motion serve Defendant Sebastian Greenwood by U.S. Marshal, pursuant to Federal Rule of Civil Procedure 4(c)(3).

  **IT IS HEREBY ORDERED** that Plaintiffs' Letter Motion is **GRANTED**. This Court hereby orders as follows:

  (i) Plaintiffs' request to serve Defendant Sebastian Greenwood by U.S. Marshal is GRANTED.

  **SO ORDERED** on this _____ day of _____, 2020.

                  _____
                  HONORABLE VALERIE E. CAPRONI
                  UNITED STATES DISTRICT COURT JUDGE