THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>ONECOIN LTD.; RUJA IGNATOVA, SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; AND THE BANK OF NEW YORK MELLON CORPORATION<br><br>          Defendants. | Case No.: 1:19-cv-04074 (VEC)<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12 (B) (2) and 12(B)(6)** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Dismiss, the undersigned will move this Court, before the Honorable Valarie Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing the Plaintiffs' Second Amended Complaint in this action, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and for such further and other relief as the Court may deem just and proper.

1

                                                Respectfully submitted,

                                                RASKIN & RASKIN, P.A.
                                                201 Alhambra Circle
                                                Suite 1050
                                                Coral Gables, Fl. 33134
                                                Telephone: (305) 444-3400

                                                /s/ Martin R. Raskin
                                                Martin R. Raskin, Esq.
                                                Florida Bar No. 315206

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 21, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                /s/ Martin R. Raskin
                                                MARTIN R. RASKIN