## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>ONECOIN LTD.; RUJA IGNATOVA, SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>                Defendants. | Case No. 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br>**NOTICE OF MOTION TO DISMISS AND/OR FOR MORE DEFINITE STATEMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

To:    Adam M. Apton, Esq.
        Levi & Korsinsky LLP
        55 Broadway
        Ste 10th Floor
        New York, NY 10006
        Tel: (212) 363-7500

        Donald J. Enright, Esq.
        Levi & Korsinsky LLP
        1101 30th, Street, NW
        Washington, DC 20007
        Tel: (202) 337-8090

Michael Louis Braunstein, Esq.
Kantrowitz Goldhamer
& Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: (845)-356-2570

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated December 21, 2020, and the Declaration of Nicole J. Huesmann, dated May 1, 2020, and all the pleadings and prior proceedings had herein, Defendant, Nicole J. Huesmann, will move this Court, before the Honorable Valerie E. Caproni, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to FED. R. CIV.

P. 12(b)(2) and 12(b)(6), dismissing with prejudice the Plaintiff's Second Amended Class Action

Complaint in its entirety as against this Defendant and/or for a more definite statement, pursuant

to FED. R. CIV. P. 12(e).

PLEASE TAKE FURTHER NOTICE that Defendant, Nicole J. Huesmann, requests oral

argument on a date and at a time designated by the Court.

Dated: December 21, 2020

Respectfully submitted,

/s/ Bradley A. Silverman
Bradley A. Silverman
Florida Bar No. 0105333
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
Email: bsilverman@hamiltonmillerlaw.com
*Attorneys for Defendant, Nicole J. Huesmann*

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690