**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON CORPORATION,<br><br>Defendants. | Case No. 19 Civ. 4074 (VEC)<br><br>Hon. Valerie E. Caproni<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated December 21, 2020, and the accompanying Declaration of Mark S. Scott, dated December 17, 2020, and all the pleadings and prior proceedings had in this matter, Defendant Mark S. Scott, by and through his counsel, Mintz & Gold LLP, will move this Court, before the Honorable Valerie E. Caproni, at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing Plaintiffs Donald Berdeaux and Christine Grablis's Second Amended Class Action Complaint (ECF No. 125), with prejudice, for lack of personal jurisdiction and for failure to state a claim upon which relief may be granted, under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Mark Scott respectfully requests that the Court grant this Motion, as well as such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         December 21, 2020

                                            Respectfully submitted,

                                            **MINTZ & GOLD LLP**

                                             /s/ Timothy J. Quill, Jr.
                                            Steven G. Mintz
                                            Kevin M. Brown
                                            Timothy J. Quill, Jr.
                                            600 Third Avenue, 25th Floor
                                            New York, New York 10016
                                            (212) 696-4848 (t)
                                            (212) 696-1231 (f)
                                            mintz@mintzandgold.com
                                            brown@mintzandgold.com
                                            quill@mintzandgold.com

                                            *Counsel for Defendant Mark S. Scott*

To:   All Counsel of Record (via ECF)