UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>Defendants. | No. 19-cv-4074-VEC<br><br>Hon. Valerie Caproni<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF THE BANK OF NEW YORK MELLON'S
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Daniel S. Sinnreich and the accompanying exhibits, Defendant The Bank of New York Mellon will move this Court, before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, on a date and time set by the Court, for an order granting the defendant's motion to dismiss with prejudice all claims asserted in the Second Amended Complaint filed September 24, 2020, ECF No. 124, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
        December 21, 2020

                                          **PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP**

                                          By:  */s/ Audra J. Soloway*
                                                   Elizabeth M. Sacksteder
                                                   Audra J. Soloway

1

Daniel S. Sinnreich
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
esacksteder@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com

*Counsel for Defendant The Bank of New York Mellon*