UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DONALD BERDEAUX and CHRISTINE GRABLIS

                      **Plaintiff(s),**

              1:19   Civ.   04074   (VEC)

**- against -**

ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON

**CLERK'S CERTIFICATE OF DEFAULT**

                      **Defendant(s),**
------------------------------------------------------------X

**I, RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 7, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) OneCoin LTD, Ruja Ignatova, Gilbert Armenta and Sebastian Greenwood **by personally serving** Defendants OneCoin LTD, Ruja Ignatova, Gilbert Armenta, and Sebastian Greenwood *and proof of service was therefore filed on* February 3, 2020; November 16, 2020; and December 23, 2020, *Doc. #(s)* 88, 144, 165, 168.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

            _____, 20___

                                                **RUBY J. KRAJICK**
                                                Clerk of Court

                                        **By:** _____
                                                    **Deputy Clerk**