IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON, <br><br> Defendants. | C.A. No 1:19-cv-04074-VEC <br><br> Hon. Valerie E. Caproni <br><br> <u>CLASS ACTION</u> |

### [PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANTS ONECOIN LTD., RUJA IGNATOVA, AND GILBERT ARMENTA

**WHEREAS** Plaintiffs commenced this Action on May 7, 2019;

**WHEREAS** Plaintiffs filed their First Amended Complaint (the "FAC") on August 2, 2019;

**WHEREAS** Plaintiffs served Defendants OneCoin and Ignatova with their summonses and the FAC on February 3, 2020;

**WHEREAS** Plaintiffs filed their Second Amended Complaint (the "SAC") on September 25, 2020;

**WHEREAS** the SAC asserts the same or fewer claims against Defendants OneCoin and Ignatova as the FAC, and so service of the SAC on Defendants OneCoin and Ignatova is not necessary under Federal Rule of Civil Procedure 5(a)(2);

**WHEREAS** Plaintiffs served Defendant Gilbert Armenta with his Summons and the SAC on November 2, 2020;

-1-

**WHEREAS** Defendants OneCoin, Ignatova, and Armenta have failed to appear through counsel or otherwise respond to the claims asserted against them;

**NOW**, on the motion of Plaintiffs, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs have judgment against Defendants OneCoin, Ignatova, and Armenta follows:

1. Defendant OneCoin is found liable for its violations of Section 20(a) of the Exchange Act, Fraud, Fraudulent Misrepresentation, Negligent Misrepresentation, Breach of Contract, Conversion and Civil Conspiracy;

2. Defendant Ignatova is found liable for her violations of Section 10(b) of the Securities and Exchange Act of 1934 and SEC Rule 10b-5(a)-(c), Section 20(a) of the Exchange Act, Fraud, Fraudulent Misrepresentation, Negligent Misrepresentation, Conversion, and Civil Conspiracy;

3. Defendant Armenta is found liable for his violations of Aiding and Abetting Fraud, Unjust Enrichment, and Civil Conspiracy;

4. Plaintiffs retain the right to seek default judgment against Defendants OneCoin, Ignatova, and Armenta on behalf of a class in a renewed motion for default judgment, should a class become certified in this Action; and

5. Because default judgment is applicable to fewer than all Defendants in this Action, and because a class has not yet been certified in this Action, the Court will order default judgment on the issue of damages following a renewed motion for default judgment following certification of a class in this Action, should a class become certified.

**SO ORDERED.**

- 3 -

Dated: _____
          New York, New York

                                                          _____
                                                          Valerie E. Caproni
                                                          United States District Judge