IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>               Defendants. | C.A. No 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ONECOIN, LTD., RUJA IGNATOVA, AND GILBERT ARMENTA**

Upon the annexed attorney's affidavit of Donald J. Enright, dated May 28, 2021, and the exhibits attached thereto, and upon all pleadings and proceedings heretofore and herein, it is **ORDERED**, that Defendants OneCoin Ltd., Ruja Ignatova, and Gilbert Armenta show cause before the honorable Valerie E. Caproni, United States District Court Judge, at the United States Court House, Southern District of New York, located at 40 Foley Square, New York, New York 10007 on _____ at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard why an order should not be issued, pursuant to Rule 55, holding Defendants OneCoin, Ignatova, and Armenta in default for failure to appear through counsel and issuing a default judgment against it;

**ORDERED** that service of a copy of this order and the annexed attorney's affidavit of Donald J. Enright with the exhibits attached thereto upon Defendants OneCoin, Ignatova and

- 2 -

Armenta, through the methods previously prescribed by this Court, on or before _____, 2021, shall be deemed good and sufficient service thereof.


Dated: _____
      New York, New York

                                                    _____
                                                    Valerie E. Caproni
                                                    United States District Judge