# EXHIBIT A

# EXHIBIT 1

| From: | John A. Carriel |
|---|---|
| To: | press@onecoin.eu; office@onecoin.eu; press@onelife.eu; info@onelife.eu; office@oneworldfoundation.eu |
| Cc: | Donald J. Enright; Elizabeth K. Tripodi; Adam M. Apton; Zachary Ness; David Silver; Jason Miller |
| Subject: | SERVICE OF SUMMONS AND COMPLAINT (Onecoin LTD): Donald Berdeaux, et al, v. Onecoin LTD, et al, 19-cv-04074-VEC (SDNY) |
| Date: | Monday, February 3, 2020 2:51:00 PM |
| Attachments: | Berdeaux v. OneCoin_OneCoin Ltd Summons.pdf |
| | Berdeaux v. OneCoin_Amended Complaint.pdf |
| | Berdeaux v. OneCoin_Order Permitting Alternative Service.pdf |

**PLEASE TAKE NOTICE that Plaintiffs Donald Berdeaux and Christine Grablis have filed the attached First Amended Complaint in the United States District Court for the Southern District of New York and have named OneCoin Ltd as a Defendant (the "Complaint"). The Court has authorized electronic service of the attached Complaint and Summons.**

Attached hereto are the following documents:

- Summons as to defendant **OneCoin LTD**;

- Complaint; and

- January 24, 2020 Order of the Court permitting alternative service.

Sincerely,

John A. Carriel, Esq.
Associate
LEVI&KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
202.524.4290 (office)
202.774.5793 (office direct)
202.333.2121 (facsimile)
jcarriel@zlk.com | www.zlk.com

Admitted in DC. Not admitted in NY, CT or CA. CONFIDENTIALITY NOTICE: This email message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky, LLP. If you communicate with us in connection with a matter for

which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.

# EXHIBIT 6

| From: | John A. Carriel |
|---|---|
| To: | ruja@onecoin.eu |
| Cc: | Donald J. Enright; Elizabeth K. Tripodi; Adam M. Apton; Zachary Ness; David Silver; Jason Miller |
| Subject: | SERVICE OF SUMMONS AND COMPLAINT (Ruja Ignatova): Donald Berdeaux, et al, v. Onecoin LTD, et al, 19-cv-04074-VEC (SDNY) |
| Date: | Monday, February 3, 2020 2:51:00 PM |
| Attachments: | Berdeaux v. OneCoin_Ruja Ignatova Summons.pdf |
| | Berdeaux v. OneCoin_Amended Complaint.pdf |
| | Berdeaux v. OneCoin_Order Permitting Alternative Service.pdf |

**PLEASE TAKE NOTICE that Plaintiffs Donald Berdeaux and Christine Grablis have filed the attached First Amended Complaint in the United States District Court for the Southern District of New York and have named Ruja Ignatova as a Defendant (the "Complaint"). The Court has authorized electronic service of the attached Complaint and Summons.**

Attached hereto are the following documents:

- Summons as to defendant **Ruja Ignatova**;

- Complaint; and

- January 24, 2020 Order of the Court permitting alternative service.

Sincerely,

John A. Carriel, Esq.
Associate
LEVI&KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
202.524.4290 (office)
202.774.5793 (office direct)
202.333.2121 (facsimile)
jcarriel@zlk.com | www.zlk.com

Admitted in DC. Not admitted in NY, CT or CA. CONFIDENTIALITY NOTICE:   This email message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and

Levi & Korsinsky, LLP. If you communicate with us in connection with a matter for which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　　　　Defendants. | C.A. No 1:19-cv-04074-VEC<br><br>Hon. Valerie E. Caproni<br><br><u>CLASS ACTION</u> |

**AFFIDAVIT AND DECLARATION OF DONALD J. ENRIGHT ATTESTING TO SUCCESSFUL SERVICE OF PROCESS ON DEFENDANT GILBERT ARMENTA**

I, Donald J. Enright, hereby declare as follows:

1.     I am a partner with the Law Firm of Levi & Korsinsky, LLP, Lead Counsel for Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis (together, "Plaintiffs") in the above captioned Action (the "Action"). I am admitted *pro hac vice* in this matter. [ECF No. 101]. This declaration is based on my own personal knowledge, the facts contained in relevant documents as noted below, and Levi & Korsinsky's records of the matters stated herein. If called upon, I could and would competently testify thereto.

2.     I respectfully submit this declaration to note completed service of process on Defendant Gilbert Armenta of his Summons (the "Summons," ECF No. 130) and the Second Amended Complaint (ECF No. 125) (the "SAC," and together with the Summons, the "Service Documents") on November 2, 2020.

3.     On October 26, 2020, Plaintiffs filed a letter apprising the Court of their efforts to serve Defendants Sebastian Greenwood and Gilbert Armenta (the "Letter"). [ECF No. 141]. Plaintiffs served the Letter on the Defendants Greenwood and Armenta by mail, and on counsel for Defendants Greenwood and Armenta by mail and email. The counsel for Defendants Greenwood and Armenta served are their counsel in their respective related criminal actions, *USA v. Scott*, Case No. 1:17-cr-630 and *USA v. Armenta*, Case No. 1:17-cr-556.

4.     On Saturday, October 31, 2020, Counsel for Defendant Gilbert Armenta in his related criminal action, Marc Weinstein of Hughes Hubbard & Reed LLP, emailed Plaintiffs advising that Defendant Gilbert Armenta had authorized Mr. Weinstein to accept service of process by email on his behalf. On Monday, November 2, 2020, Plaintiffs emailed the Service Documents to Mr. Weinstein as requested, thereby effectuating service of process on Defendant

Gilbert Armenta. On November 3, 2020, Mr. Weinstein acknowledged receipt of the Service Documents. A true and accurate copy of these emails is attached hereto as **Exhibit A**.

I hereby affirm and attest, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct this sixteenth day of November, 2020.

/s/ *Donald J. Enright*
Donald J. Enright

# EXHIBIT A

**Subject:** [External]RE: [External]Gilbert Armenta
**Date:** Tuesday, November 3, 2020 at 4:36:10 PM Eastern Standard Time
**From:** Weinstein, Marc A.
**To:** Zack Ness
**CC:** Donald J. Enright, Adam M Apton, John Carriel, Jason Miller, David Silver

Thanks Zack.


**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004–1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Zack Ness <zness@zlk.com>
**Sent:** Monday, November 2, 2020 9:20 AM
**To:** Weinstein, Marc A. <marc.weinstein@hugheshubbard.com>
**Cc:** Donald J. Enright <denright@zlk.com>; Adam M Apton <aapton@zlk.com>; John Carriel <JCarriel@zelle.com>; Jason Miller <jmiller@silvermillerlaw.com>; David Silver <dsilver@silvermillerlaw.com>
**Subject:** Re: [External]Gilbert Armenta

> **CAUTION: This email was sent by someone outside of the Firm.**

Marc,

Thank you for your response. Please see the attached Summons as to Mr. Armenta as well as the Second Amended Complaint for service of process.

Best,

Zack Ness

--
Zachary B. Ness
Associate

**LEVI&KORSINSKY LLP**

1101 30th Street, NW
Washington, DC 20007
Tel.: (202) 524-4290
Dir.: (973) 842-1194
Fax: (212) 363-7171
zness@zlk.com | www.zlk.com

Admitted in DC. This email message contains information belonging to the law firm of Levi & Korsinsky LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky LLP. If you communicate with us in connection with a matter for which we do not already represent you, your communication may not be treated as privileged or confidential. In some jurisdictions this email may be considered advertising. Prior results do not guarantee similar outcomes.

**From:** "Weinstein, Marc A." <marc.weinstein@hugheshubbard.com>
**Date:** Saturday, October 31, 2020 at 10:23 AM
**To:** Zack Ness <zness@zlk.com>
**Subject:** [External]Gilbert Armenta

Zach:

Although my firm does not represent Mr. Armenta in connection with your class action suit, he has authorized me to accept service of the complaint by email on his behalf.

Regards,
Marc

**Marc A. Weinstein** | Partner

Chair, White Collar Defense

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 17th floor | New York | NY 10004-1482
Office +1 (212) 837-6460 | Cell +1 (646) 537-5750 | Fax +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

DONALD BERDEAUX and CHRISTINE
GRABLIS, individually and on behalf of all
others similarly situated,

                      Plaintiff,

v.

ONECOIN LTD.; RUJA IGNATOVA;
SEBASTIAN GREENWOOD; MARK
SCOTT; DAVID PIKE; NICOLE J.
HUESMANN; GILBERT ARMENTA; and
THE BANK OF NEW YORK MELLON,

                      Defendants.

C.A. No 1:19-cv-04074-VEC

**CLERK'S CERTIFICATE
OF DEFAULT AGAINST ONECOIN
LTD.**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 7, 2019 with the filing of a summons and complaint. On August 2, 2019, an Amended Complaint was filed, Doc. # 40. On December 3, 2019, Plaintiffs filed a motion for service by publication against Defendant OneCoin. On January 24, 2020, this Court granted Plaintiffs' motion for service by publication as to Defendant OneCoin. On February 3, 2020, Plaintiffs filed a status update with this Court noting that Plaintiffs had successfully served Defendant OneCoin with their summonses and the First Amended Complaint, Doc. # 88. On September 25, 2020, a Second Amended Complaint was filed, Doc. # 125. On April 26, 2021, the Court entered an Order stating that "service of the SAC on Defendants OneCoin Ltd. And Ruja Ignatov is not necessary under Federal Rule of Civil Procedure 5(a)(2)", and directed Plaintiffs to seek certificates of default against OneCoin Ltd.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of defendant OneCoin Ltd. is hereby noted.

-1-

Dated: New York, New York
    May 17, 2021

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>       Defendants. | C.A. No 1:19-cv-04074-VEC<br><br>**CLERK'S CERTIFICATE OF DEFAULT AGAINST RUJA IGNATOVA** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 7, 2019 with the filing of a summons and complaint. On August 2, 2019, an Amended Complaint was filed, Doc. # 40. On December 3, 2019, Plaintiffs filed a motion for service by publication against Defendant Ruja Ignatova. On January 24, 2020, this Court granted Plaintiffs' motion for service by publication as to Defendant Ruja Ignatova. On February 3, 2020, Plaintiffs filed a status update with this Court noting that Plaintiffs had successfully served Defendant Ruja Ignatova with their summonses and the First Amended Complaint, Doc. # 88. On September 25, 2020, a Second Amended Complaint was filed, Doc. # 125.  On April 26, 2021, the Court entered an Order stating that "service of the SAC on Defendants OneCoin Ltd. and Ruja Ignatov is not necessary under Federal Rule of Civil Procedure 5(a)(2)", and directed Plaintiffs to seek certificates of default against defendant Ruja Ignatov, Doc. # 125.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of the defendant Ruja Ignatova is hereby noted.

Dated: New York, New York       RUBY J. KRAJICK
   May 17, 2021       Clerk of Court

By: _____
   Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DONALD BERDEAUX and CHRISTINE
GRABLIS, individually and on behalf of all
others similarly situated,

                    Plaintiff,

v.

ONECOIN LTD.; RUJA IGNATOVA;
SEBASTIAN GREENWOOD; MARK
SCOTT; DAVID PIKE; NICOLE J.
HUESMANN; GILBERT ARMENTA; and
THE BANK OF NEW YORK MELLON,

                    Defendants.

C.A. No 1:19-cv-04074-VEC

**CLERK'S CERTIFICATE
OF DEFAULT AGAINST GILBERT
ARMENTA**

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 7, 2019 with the filing of a summons and complaint. On August 2, 2019, an Amended Complaint was filed, Doc. # 40. On December 3, 2019, Plaintiffs filed a motion for service by publication against Defendants Ruja Ignatova and OneCoin Ltd. On January 24, 2020, this Court granted Plaintiffs' motion for service by publication as to Defendants Ignatova and Onecoin Ltd. On February 3, 2020, Plaintiffs filed a status update with this Court noting that Plaintiffs had successfully served Defendants OneCoin and Ignatova with their summonses and the First Amended Complaint, Doc. # 88. On September 25, 2020, a Second Amended Complaint was filed, Doc. # 125. A copy of the summons and second amended complaint was served on defendant Gilbert Armenta, through his counsel, on November 3, 2020, and proof of service was filed on November 16, 2020, Doc. # 144.

       I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of defendant Gilbert Armenta is hereby noted.

Dated: New York, New York
      May 17, 2021

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk