USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DONALD BERDEAUX and CHRISTINE
GRABLIS, Individually and on Behalf of All
Others Similarly Situated,

                              Plaintiffs,

                 -against-

ONECOIN LTD.; RUJA IGNATOVA;
SEBASTIAN GREENWOOD; MARK SCOTT;
DAVID PIKE; NICOLE J. HUESMANN;
GILBERT ARMENTA; and THE BANK OF
NEW YORK MELLON CORPORATION,

                              Defendants.
-------------------------------------------------------------- X

19-CV-4074 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 28, 2021, Plaintiffs filed a proposed default judgment order against Defendants OneCoin Ltd., Ruja Ignatova, and Gilbert Armentia (Dkt. 205);

       WHEREAS on June 7, 2021, the Court granted Plaintiffs' request to reinstate their claims against Defendant Sebastian Greenwood and proceed with an application for default judgment against him (Dkt. 208); and

       WHEREAS on June 8, 2021, Plaintiffs filed both a proposed order to show cause without emergency relief and a revised proposed default judgment order against Defendants OneCoin Ltd., Ignatova, Armentia, and Greenwood, all of whom failed to appear in this action (Dkts. 210, 215);

       IT IS HEREBY ORDERED that the parties must appear before the Court for a show-cause hearing on **Friday, November 12, 2021 at 10 a.m.** The hearing will be conducted via teleconference. The parties may dial-in using (888) 363-4749; Access Code: 3121171#; Security

Code: 4074.  Plaintiffs must serve this Order, as well as Plaintiffs' proposed default judgment and order to show cause orders, *see* Dkts. 210, 215, on Defendants not later than **October 8, 2021**.  Plaintiffs must file proof of service on Defendants not later than **October 9, 2021.**  Defendants' opposition papers, to the extent they wish to file any, are due not later than **November 5, 2021.**

**SO ORDERED.**

Date:  September 20, 2021　　　　　　　　　　　　　VALERIE CAPRONI
　　　　New York, New York　　　　　　　　　　　　United States District Judge