IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD BERDEAUX and CHRISTINE GRABLIS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ONECOIN LTD.; RUJA IGNATOVA; SEBASTIAN GREENWOOD; MARK SCOTT; DAVID PIKE; NICOLE J. HUESMANN; GILBERT ARMENTA; and THE BANK OF NEW YORK MELLON,<br><br>       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/8/21<br><br>C.A. No 1:19-cv-04074-VEC |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter is before the Court upon Lead Plaintiff Donald Berdeaux and Plaintiff Christine Grablis' (together, "Plaintiffs") Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (the "Motion"). Having considered the Motion, reviewed the file, and being otherwise advised in the premises, it is **HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion is **GRANTED**. This matter shall be voluntarily dismissed without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees associated with the above-captioned action.

2. The Clerk of Court is respectfully directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

- 2 -

**IT IS SO ORDERED**.

Dated: 10/8/21
       New York, New York

_____
Valerie E. Caproni
United States District Judge

Copies furnished to:
  All counsel of record and unrepresented parties